THE STATE OF TEXAS )
                   )
COUNTY OF Hidalgo  )


BEFORE ME, the undersigned authority, on this day personally appeared **Shane Petrosky,** known to me to be the person whose name is subscribed hereto, and being by me first duly sworn, upon oath deposes and says: "I am a **Special Agent** of **Homeland Security Investigations,** assigned at **McAllen, Texas,** and that I investigated the case of the United States of America versus:

**Louis Alphonse LUYTEN**          **YOB: 1938**          **United States Citizen**

in case number _____; and from my investigation, it appears that:

**Ezequiel Bryan RIVAS-Rodriguez**          **YOB: 1997**          **El Salvador Citizen**

**Enio Arturo LARA-Valdez**          **YOB: 1977**          **Guatemalan Citizen**

**Antolino ESQUIVEL-Amador**          **YOB: 1994**          **Guatemalan Citizen**

**Noe Mauricio CANALES-Munguia**          **YOB: 1988**          **Honduran Citizen**


are material witnesses in said cause and that it may be impractical to secure their presence by subpoena and for that reason they should be held as material witnesses."

FURTHER AFFIANT SAYETH NOT.

Shane Petrosky, HSI Special Agent

SUBSCRIBED AND SWORN TO BEFORE ME on this **6th day of November, 2018**

**Juan F. Alanis**
**U.S. Magistrate Judge**